# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 3:23-mj -60 |
| | ) | |
| v. | ) | Simple Assault |
| | ) | 18 U.S.C. Section 113(a)(5) |
| JUSTIN CAREY, | ) | (Count 1) |
| | ) | |
| *Defendant*. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
(Violation No. 9723781)

On or about June 21, 2023, in the Eastern District of Virginia at Fort Walker, property administered by the Department of Defense and being within the jurisdiction of this Court and the special territorial jurisdiction of the United States, the defendant, JUSTIN CAREY, a former Captain and supervisory security guard at the installation, did knowingly and unlawfully assault the person of C.R.

(In violation of Title 18, United States Code, Section 113(a)(5))

JESSICA D. ABER
UNITED STATES ATTORNEY

By:     /s/
Avi Panth
Virginia Bar No. 92450
Assistant United States Attorney
United States Attorney's Office
919 East Main Street, Suite 1900
Richmond, Virginia 23219
Phone: (804) 819-5400
Fax: (804) 771-2316
Email: avishek.panth@usdoj.gov